JOSEPH C. LIBURT (STATE BAR NO. 155507)
jliburt@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park CA  94025
Telephone:    +1 650 614 7400
Facsimile:     +1 650 614 7401

ANNIE H. CHEN (STATE BAR NO. 292032)
annie.chen@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
355 South Grand Avenue
Suite 2700
Los Angeles, CA  90071
Telephone:    +1 213 629 2020
Facsimile:     +1 213 612 2499

Attorneys for Defendant
US FOODS, INC.

**Additional Counsel Listed Below Caption**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN THOMAS ATTEBERY on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>US FOODS, INC. d/b/a/ US FOODSERVICE, INC., a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 1:22-CV-01352-JLT-BAM<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE SCHEDULING CONFERENCE** |

1  JAMES HAWKINS APLC
   James R. Hawkins (SBN 192925)
2  Isandra Y. Fernandez (SBN 220482)
   Kacey E. Cook (SBN 337905)
3  Anthony L. Draper (SBN 344391)
   Lance Dacre (SBN 190305)
4  9880 Research Drive, Suite 200
   Irvine, CA 92618
5  Tel.: (949) 387-7200
   Fax: (949) 387-6676
6  Email: isandra@jameshawkinsaplc.com
   Email: kacey@jameshawkinsaplc.com
7  Email: anthony@jameshawkinsaplc.com
   Email: lance@jameshawkinsaplc.com
8  Email: staff@jameshawkinsaplc.com

9  Attorneys for Plaintiff

10 STEVEN THOMAS ATTEBERY

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1   The Stipulation is entered into by Plaintiff Steven Thomas Attebery and Defendant US
2   Foods, Inc., through their respective attorneys of record.
3   WHEREAS, on October 21, 2022, the Court set a Mandatory Scheduling Conference for
4   January 25, 2023 (Dkt. No. 3);
5   WHEREAS, on October 27, 2022, US Foods filed its Motion to Dismiss and/or Stay the
6   Action on the grounds that Plaintiff's action is subsumed by two earlier-filed California wage-
7   and-hour class action lawsuits against US Foods and Plaintiff's only non-duplicative claim for
8   alleged violations under Labor Code section 204 and 210 fails to state a claim (Dkt. No. 5);
9   WHEREAS, on November 10, 2022, Plaintiff filed his Motion to Remand the case on the
10  grounds that this Court lacks subject matter jurisdiction under the Class Action Fairness Act of
11  2005 (Dkt. No. 7);
12  WHEREAS, on December 21, 2022, the Court continued the January 25, 2023 Scheduling
13  Conference to May 25, 2023 due to the pending Motion to Dismiss and/or Stay and Motion to
14  Remand (Dkt. No. 11);
15  WHEREAS, the Motion to Dismiss and/or Stay and Motion to Remand is currently still
16  pending with the Court, and the Parties have met and conferred and agreed, that a ruling by the
17  Court on either motion may moot the need for a Scheduling Conference.  The Parties have also
18  agreed, subject to approval of the Court, to continue the Scheduling Conference until August 25,
19  2023, or the Court's next available date thereafter;
20  **IT IS HEREBY STIPULATED**, by and between Plaintiff and US Foods that the May
21  25, 2023 Scheduling Conference be continued to August 25, 2023 at 9:00 a.m. in Courtroom 8
22  before Magistrate Judge Barbara A. McAuliffe.

| | | |
|---|---|---|
| 1 | Dated:  May 3, 2023 | ORRICK, HERRINGTON & SUTCLIFFE LLP |

By:  */s/ Annie H. Chen*
JOSEPH C. LIBURT
ANNIE H. CHEN
Attorneys for Defendant
US FOODS, INC.

Dated:  May 3, 2023        JAMES HAWKINS APLC

By:*/s/ Anthony L. Draper* (as authorized on May 3, 2023)
JAMES R. HAWKINS
ISANDRA Y. FERNANDEZ
KACEY E. COOK
ANTHONY L. DRAPER
LANCE DACRE
Attorneys for Plaintiff
STEVEN THOMAS ATTEBERY

**ORDER**

Plaintiff Steven Thomas Attebery and Defendant US Foods, Inc. (collectively the "Parties"), through their respective counsel, have stipulated to continue the Scheduling Conference. Based on the Parties' stipulation and good cause appearing, the Scheduling Conference in this action is continued to **August 30, 2023, at 9:00 a.m. in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe**. The parties shall file a Joint Scheduling Report at least one (1) full week prior to the conference.

IT IS SO ORDERED.

Dated:   **May 4, 2023**                         /s/ *Barbara A. McAuliffe*
                                                                    UNITED STATES MAGISTRATE JUDGE