JOSEPH C. LIBURT (STATE BAR NO. 155507)
jliburt@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park CA  94025
Telephone:    +1 650 614 7400
Facsimile:    +1 650 614 7401

KATIE E. BRISCOE (STATE BAR NO. 287629)
kbriscoe@orrick.com
Orrick, Herrington & Sutcliffe LLP
400 Capitol Mall
Suite 3000
Sacramento, CA  95814-4497
Telephone:    +1 916 447 9200
Facsimile:    +1 916 329 4900

ANNIE H. CHEN (STATE BAR NO. 292032)
annie.chen@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
355 South Grand Avenue
Suite 2700
Los Angeles, CA  90071
Telephone:    +1 213 629 2020
Facsimile:    +1 213 612 2499

LAUREN R. LEIBOVITCH (STATE BAR NO. 323230)
lleibovitch@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
631 Wilshire Blvd., Suite 2C
Santa Monica, California  90401
Telephone:    +1 310 633 2800
Facsimile:    +1 310 633 3849

Attorneys for Defendant
US FOODS, INC.

**Additional Counsel Listed Below Caption**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN THOMAS ATTEBERY on behalf of himself and others similarly situated,<br><br>        Plaintiff,<br><br>   v.<br><br>US FOODS, INC. d/b/a/ US FOODSERVICE, INC., a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>        Defendants. | Case No. 1:22-CV-01352-JLT-BAM<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE SCHEDULING CONFERENCE** |

1  JAMES HAWKINS APLC
   James R. Hawkins (SBN 192925)
2  Isandra Y. Fernandez (SBN 220482)
   Anthony L. Draper (SBN 344391)
3  Lance Dacre (SBN 190305)
   9880 Research Drive, Suite 200
4  Irvine, CA 92618
   Tel.: (949) 387-7200
5  Fax: (949) 387-6676
   Email: isandra@jameshawkinsaplc.com
6  Email: anthony@jameshawkinsaplc.com
   Email: lance@jameshawkinsaplc.com
7  Email: staff@jameshawkinsaplc.com

8  Attorneys for Plaintiff

9  STEVEN THOMAS ATTEBERY

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1    The Stipulation is entered into by Plaintiff Steven Thomas Attebery and Defendant US
2    Foods, Inc., through their respective attorneys of record.
3        1.    On October 21, 2022, the Court set a Mandatory Scheduling Conference for
4    January 25, 2023 (Dkt. No. 3).
5        2.    On October 27, 2022, US Foods filed its Motion to Dismiss and/or Stay the Action
6    on the grounds that Plaintiff's action is subsumed by two earlier-filed California wage-and-hour
7    class action lawsuits against US Foods and Plaintiff's only non-duplicative claim for alleged
8    violations under Labor Code section 204 and 210 fails to state a claim (Dkt. No. 5).
9        3.    On November 10, 2022, Plaintiff filed his Motion to Remand the case on the
10   grounds that this Court lacks subject matter jurisdiction under the Class Action Fairness Act of
11   2005 (Dkt. No. 7).
12       4.    On December 21, 2022, the Court continued the January 25, 2023 Scheduling
13   Conference to May 25, 2023 due to the pending Motion to Dismiss and/or Stay and Motion to
14   Remand (Dkt. No. 11).
15       5.    On May 4, 2023, the Court continued the May 25, 2023 Scheduling Conference to
16   August 30, 2023 due to the pending Motion to Dismiss and/or Stay and Motion to Remand (Dkt.
17   No. 13).
18       6.    On July 18, 2023, the Court continued the August 30, 2023 Scheduling
19   Conference to January 9, 2024, and then to May 9, 2024 due to the pending Motion to Dismiss
20   and/or Stay and Motion to Remand (Dkt. Nos. 14 and 16).
21       7.    On February 28, 2024, the Court issued its Order Denying Plaintiff's Motion to
22   Remand (Dkt. No. 17).
23       8.    On March 11, 2024, the Court issued its Order Granting in Part Defendant's
24   Motion to Dismiss and Directing the Parties to File a Joint Statement Regarding the State Court
25   Proceedings (Dkt. No. 18).  In its Order, the Court: (a) dismissed Plaintiff's fifth cause of action
26   for violation of California Labor Code § 204; (b) held in abeyance the question of whether the
27   *Colorado River* doctrine applies; and (c) required the parties to file a joint report addressing the
28   res judicata effect of development in the related state cases, whether the Court should proceed to

1  resolve the pending Motion to Dismiss and/or Stay, and/or continue to hold it in abeyance, and
2  whether alternative motions practice will be required.  *Id.*

3    9.  On March 22, 2024, the Parties filed a joint statement agreeing that final judgment
4  on the merits in the earlier-filed state court class actions will have a preclusive effect on this
5  Action (Dkt. No. 19).  The Parties agreed that the Court should continue to hold US Food's
6  Motion to Dismiss and/or Stay in abeyance pending the settlement approval process in one of the
7  earlier-filed, duplicative state court matters *Hawkins v. US Foods, Inc.*, Orange County Superior
8  Court Case No. 30-2021-01197275 (the "*Hawkins*" action).  *Id.*  The Parties also agreed that they
9  do not currently anticipate alternative motion practice.  *Id.*

10    10.  On April 24, 2024, upon stipulation by the Parties, the Court continued the
11  Scheduling Conference to January 9, 2025 (Dkt. No. 20).

12    11.  The parties in the *Hawkins* action are in the process of obtaining preliminary
13  approval of the class and PAGA settlement agreement.  A hearing on plaintiff's motion for
14  preliminary approval is scheduled for January 10, 2025.

15    12.  Therefore, the Parties have agreed, subject to approval of the Court, to continue
16  the Scheduling Conference approximately one hundred and eighty (180) days, to July 8, 2025, or
17  the Court's next available date thereafter; and

18  **IT IS HEREBY STIPULATED**, by and between Plaintiff and US Foods that the
19  January 9, 2025 Scheduling Conference be continued to July 8, 2025 at 9:00 a.m. in Courtroom 8
20  before Magistrate Judge Barbara A. McAuliffe.

21  IT IS SO ORDERED.

22  Dated:  **January 2, 2025**        /s/ *Barbara A. McAuliffe*
23                   UNITED STATES MAGISTRATE JUDGE

| | | |
|---|---|---|
| 1 | Dated:  December 31, 2024 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 2 | | By:  _____/s/ Lauren Leibovitch_____ |
| 3 | | JOSEPH C. LIBURT<br>KATIE E. BRISCOE |
| 4 | | ANNIE H. CHEN<br>LAUREN LEIBOVITCH |
| 5 | | Attorneys for Defendant<br>US FOODS, INC. |
| 6 | Dated:  December 31, 2024 | JAMES HAWKINS APLC |
| 7 | | By:   */s/ Anthony L. Draper* (as authorized on 12/30/24) |
| 8 | | JAMES R. HAWKINS<br>ISANDRA Y. FERNANDEZ |
| 9 | | KACEY E. COOK<br>ANTHONY L. DRAPER |
| 10 | | LANCE DACRE<br>Attorneys for Plaintiff |
| 11 | | STEVEN THOMAS ATTEBERY |

| | |
|---|---|
| 1 | **ORDER** |
| 2 | Plaintiff Steven Thomas Attebery and Defendant US Foods, Inc. (collectively the |
| 3 | "Parties"), through their respective counsel, have stipulated to continue the Scheduling |
| 4 | Conference.  (Doc. 23.)  Based on the Parties' stipulation and good cause appearing, the |
| 5 | Scheduling Conference in this action set for January 9, 2025 is **CONTINUED to July 8, 2025, at** |
| 6 | **9:00 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe**. The parties |
| 7 | shall file a joint scheduling report one week prior to the scheduling conference. The parties shall |
| 8 | appear at the conference remotely either via Zoom video conference or Zoom telephone number. |
| 9 | The parties will be provided with the Zoom ID and password by the Courtroom Deputy prior to |
| 10 | the conference. The Zoom ID number and password are confidential and are not to be shared. |
| 11 | Appropriate court attire required. |