JOSEPH C. LIBURT (STATE BAR NO. 155507)
jliburt@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park CA  94025
Telephone:     +1 650 614 7400
Facsimile:     +1 650 614 7401

KATIE E. BRISCOE (STATE BAR NO. 287629)
kbriscoe@orrick.com
Orrick, Herrington & Sutcliffe LLP
400 Capitol Mall
Suite 3000
Sacramento, CA  95814-4497
Telephone:     +1 916 447 9200
Facsimile:     +1 916 329 4900

ANNIE H. CHEN (STATE BAR NO. 292032)
annie.chen@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
355 South Grand Avenue
Suite 2700
Los Angeles, CA  90071
Telephone:     +1 213 629 2020
Facsimile:     +1 213 612 2499

LAUREN R. LEIBOVITCH (STATE BAR NO. 323230)
lleibovitch@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
631 Wilshire Blvd., Suite 2C
Santa Monica, California  90401
Telephone:     +1 310 633 2800
Facsimile:     +1 310 633 3849

Attorneys for Defendant
US FOODS, INC.

**Additional Counsel Listed Below Caption**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN THOMAS ATTEBERY on behalf of himself and others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>US FOODS, INC. d/b/a/ US FOODSERVICE, INC., a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>　　　　　　Defendants. | Case No. 1:22-CV-01352-JLT-BAM<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE SCHEDULING CONFERENCE** |

JAMES HAWKINS APLC
James R. Hawkins (SBN 192925)
Isandra Y. Fernandez (SBN 220482)
Anthony L. Draper (SBN 344391)
Lance Dacre (SBN 190305)
9880 Research Drive, Suite 200
Irvine, CA 92618
Tel.: (949) 387-7200
Fax: (949) 387-6676
Email: isandra@jameshawkinsaplc.com
Email: anthony@jameshawkinsaplc.com
Email: lance@jameshawkinsaplc.com
Email: staff@jameshawkinsaplc.com

Attorneys for Plaintiff
STEVEN THOMAS ATTEBERY

1    The Stipulation is entered into by Plaintiff Steven Thomas Attebery and Defendant US
2  Foods, Inc., through their respective attorneys of record.
3    1.    On October 21, 2022, the Court set a Mandatory Scheduling Conference for
4  January 25, 2023 (Dkt. No. 3).
5    2.    On October 27, 2022, US Foods filed its Motion to Dismiss and/or Stay the Action
6  on the grounds that Plaintiff's action is subsumed by two earlier-filed California wage-and-hour
7  class action lawsuits against US Foods and Plaintiff's only non-duplicative claim for alleged
8  violations under Labor Code section 204 and 210 fails to state a claim (Dkt. No. 5).
9    3.    On November 10, 2022, Plaintiff filed his Motion to Remand the case on the
10 grounds that this Court lacks subject matter jurisdiction under the Class Action Fairness Act of
11 2005 (Dkt. No. 7).
12   4.    On December 21, 2022, the Court continued the January 25, 2023 Scheduling
13 Conference to May 25, 2023 due to the pending Motion to Dismiss and/or Stay and Motion to
14 Remand (Dkt. No. 11).
15   5.    On May 4, 2023, the Court continued the May 25, 2023 Scheduling Conference to
16 August 30, 2023 due to the pending Motion to Dismiss and/or Stay and Motion to Remand (Dkt.
17 No. 13).
18   6.    On July 18, 2023, the Court continued the August 30, 2023 Scheduling
19 Conference to January 9, 2024, and then to May 9, 2024 due to the pending Motion to Dismiss
20 and/or Stay and Motion to Remand (Dkt. Nos. 14 and 16).
21   7.    On February 28, 2024, the Court issued its Order Denying Plaintiff's Motion to
22 Remand (Dkt. No. 17).
23   8.    On March 11, 2024, the Court issued its Order Granting in Part Defendant's
24 Motion to Dismiss and Directing the Parties to File a Joint Statement Regarding the State Court
25 Proceedings (Dkt. No. 18).  In its Order, the Court: (a) dismissed Plaintiff's fifth cause of action
26 for violation of California Labor Code § 204; (b) held in abeyance the question of whether the
27 *Colorado River* doctrine applies; and (c) required the parties to file a joint report addressing the
28 res judicata effect of development in the related state cases, whether the Court should proceed to

1  resolve the pending Motion to Dismiss and/or Stay, and/or continue to hold it in abeyance, and
2  whether alternative motions practice will be required.  *Id.*

3        9.      On March 22, 2024, the Parties filed a joint statement agreeing that final judgment
4  on the merits in the earlier-filed state court class actions will have a preclusive effect on this
5  Action (Dkt. No. 19).  The Parties agreed that the Court should continue to hold US Food's
6  Motion to Dismiss and/or Stay in abeyance pending the settlement approval process in one of the
7  earlier-filed, duplicative state court matters *Hawkins v. US Foods, Inc.*, Orange County Superior
8  Court Case No. 30-2021-01197275 (the "*Hawkins*" action).  *Id.*

9      10.     On April 24, 2024, upon stipulation by the Parties, the Court continued the
10 Scheduling Conference to January 9, 2025 (Dkt. No. 20).

11     11.     On January 2, 2025, upon stipulation by the Parties, the Court continued the
12 Scheduling Conference to July 8, 2025 (Dkt. No. 24).

13     12.     The parties in the *Hawkins* action have obtained final approval of the class and
14 PAGA settlement agreement on June 16, 2025.  The *Hawkins* defendants are currently in the
15 process of funding the settlement.  The administrator will thereafter disburse the funds.

16     13.     US Foods has taken the position that Plaintiff has failed to timely opt out of the
17 *Hawkins* settlement, and therefore, Plaintiff's class and individual claims must be dismissed.
18 Plaintiff has taken the position that he timely opted out of the *Hawkins* settlement and therefore,
19 he is permitted to pursue his individual claims.  Plaintiff, however, has agreed to dismiss his class
20 claims in this Action and PAGA representative action claims in his separately filed state court
21 action.

22     14.     In light of the Parties' respective positions, Plaintiff has proposed that the Parties
23 discuss settlement of his individual claims in lieu of briefing a dispositive motion regarding
24 whether Plaintiff has timely opted out of the *Hawkins* settlement.

25     15.     Therefore, the Parties have agreed, subject to approval of the Court, to continue
26 the Scheduling Conference approximately ninety (90) days, to October 6, 2025, or the Court's
27 next available date thereafter to allow the Parties the opportunity to discuss potential resolution of
28 Plaintiff's individual claims.

**IT IS HEREBY STIPULATED**, by and between Plaintiff and US Foods that the July 7, 2025 Scheduling Conference be continued to October 6, 2025 at 9:00 a.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe.

Dated: July 1, 2025                 ORRICK, HERRINGTON & SUTCLIFFE LLP

By:  */s/ Annie H. Chen*
JOSEPH C. LIBURT
KATIE E. BRISCOE
ANNIE H. CHEN
LAUREN LEIBOVITCH
Attorneys for Defendant
US FOODS, INC.

Dated: July 1, 2025                 JAMES HAWKINS APLC

By:  */s/ Anthony L. Draper*
JAMES R. HAWKINS
ISANDRA Y. FERNANDEZ
KACEY E. COOK
ANTHONY L. DRAPER
LANCE DACRE
Attorneys for Plaintiff
STEVEN THOMAS ATTEBERY

## ORDER

Plaintiff Steven Thomas Attebery and Defendant US Foods, Inc. (collectively the "Parties"), through their respective counsel, have stipulated to continue the Scheduling Conference. Based on the Parties' stipulation and good cause appearing, the Scheduling Conference in this action is continued to **October 7, 2025 at 9:30 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe.** The parties shall file a Joint Scheduling Report seven (7) days prior to the conference. The parties shall appear at the conference remotely with each party connecting via Zoom video conference. The parties will be provided with the

1  Zoom ID and password by the Courtroom Deputy prior to the conference.  The Zoom ID number
2  and password are confidential and are not to be shared.  Appropriate court attire is required.

IT IS SO ORDERED.

Dated:  **July 2, 2025**               /s/ *Barbara A. McAuliffe*
                                       UNITED STATES MAGISTRATE JUDGE