1  JOSEPH C. LIBURT (STATE BAR NO. 155507)
   jliburt@orrick.com
2  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
3  Menlo Park CA  94025
   Telephone:     +1 650 614 7400
4  Facsimile:      +1 650 614 7401

5  KATIE E. BRISCOE (STATE BAR NO. 287629)
   kbriscoe@orrick.com
6  Orrick, Herrington & Sutcliffe LLP
   400 Capitol Mall
7  Suite 3000
   Sacramento, CA  95814-4497
8  Telephone:     +1 916 447 9200
   Facsimile:      +1 916 329 4900

9  ANNIE H. CHEN (STATE BAR NO. 292032)
   annie.chen@orrick.com
10 ORRICK, HERRINGTON & SUTCLIFFE LLP
   355 South Grand Avenue
11 Suite 2700
   Los Angeles, CA  90071
12 Telephone:     +1 213 629 2020
   Facsimile:      +1 213 612 2499

13 LAUREN R. LEIBOVITCH (STATE BAR NO. 323230)
   lleibovitch@orrick.com
14 ORRICK, HERRINGTON & SUTCLIFFE LLP
   631 Wilshire Blvd., Suite 2C
15 Santa Monica, California  90401
   Telephone:     +1 310 633 2800
16 Facsimile:      +1 310 633 3849

17 Attorneys for Defendant
   US FOODS, INC.

18
   **Additional Counsel Listed Below Caption**
19

20              UNITED STATES DISTRICT COURT

21             EASTERN DISTRICT OF CALIFORNIA

22 STEVEN THOMAS ATTEBERY on behalf of        Case No. 1:22-CV-01352-JLT-BAM
   himself and others similarly situated,
23                                            **STIPULATION AND [PROPOSED]**
              Plaintiff,                      **ORDER TO CONTINUE SCHEDULING**
24                                            **CONFERENCE**
        v.
25
   US FOODS, INC. d/b/a/ US FOODSERVICE,
26 INC., a Delaware corporation; and DOES 1
   through 50, inclusive,
27
              Defendants.
28

1  JAMES HAWKINS APLC
   James R. Hawkins (SBN 192925)
2  Isandra Y. Fernandez (SBN 220482)
   Anthony L. Draper (SBN 344391)
3  Lance Dacre (SBN 190305)
   9880 Research Drive, Suite 200
4  Irvine, CA 92618
   Tel.: (949) 387-7200
5  Fax: (949) 387-6676
   Email: isandra@jameshawkinsaplc.com
6  Email: anthony@jameshawkinsaplc.com
   Email: lance@jameshawkinsaplc.com
7  Email: staff@jameshawkinsaplc.com

8  Attorneys for Plaintiff

9  STEVEN THOMAS ATTEBERY

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

The Stipulation is entered into by Plaintiff Steven Thomas Attebery and Defendant US Foods, Inc., through their respective attorneys of record.

1.     On October 21, 2022, the Court set a Mandatory Scheduling Conference for January 25, 2023 (Dkt. No. 3).

2.     On October 27, 2022, US Foods filed its Motion to Dismiss and/or Stay the Action on the grounds that Plaintiff's action is subsumed by two earlier-filed California wage-and-hour class action lawsuits against US Foods and Plaintiff's only non-duplicative claim for alleged violations under Labor Code section 204 and 210 fails to state a claim (Dkt. No. 5).

3.     On November 10, 2022, Plaintiff filed his Motion to Remand the case on the grounds that this Court lacks subject matter jurisdiction under the Class Action Fairness Act of 2005 (Dkt. No. 7).

4.     Thereafter, the Scheduling Conference was periodically continued due to the pending Motion to Dismiss and/or Stay and Motion to Remand, and most recently it was continued to October 7, 2025.  (*See* Dkt. Nos. 11, 13, 14, 16, 20, 24, 26).

5.     On February 28, 2024, the Court issued its Order Denying Plaintiff's Motion to Remand (Dkt. No. 17).

6.     On March 11, 2024, the Court issued its Order Granting in Part Defendant's Motion to Dismiss and Directing the Parties to File a Joint Statement Regarding the State Court Proceedings (Dkt. No. 18).  In its Order, the Court: (a) dismissed Plaintiff's fifth cause of action for violation of California Labor Code § 204; (b) held in abeyance the question of whether the *Colorado River* doctrine applies; and (c) required the parties to file a joint report addressing the res judicata effect of development in the related state cases, whether the Court should proceed to resolve the pending Motion to Dismiss and/or Stay, and/or continue to hold it in abeyance, and whether alternative motions practice will be required.  *Id.*

7.     On March 22, 2024, the Parties filed a joint statement agreeing that final judgment on the merits in the earlier-filed state court class actions will have a preclusive effect on this Action (Dkt. No. 19).  The Parties agreed that the Court should continue to hold US Food's Motion to Dismiss and/or Stay in abeyance pending the settlement approval process in one of the

STIPULATION AND [PROPOSED] ORDER TO
CONTINUE SCHEDULING CONFERENCE
CASE NO. 1:22-CV-01352-JLT-BAM

1    earlier-filed, duplicative state court matters *Hawkins v. US Foods, Inc.*, Orange County Superior

2    Court Case No. 30-2021-01197275 (the "*Hawkins*" action). *Id.*

3         8.    The parties in the *Hawkins* action have obtained final approval of the class and

4    PAGA settlement agreement on June 16, 2025. The *Hawkins* defendants funded the settlement,

5    and the *Hawkins* administrator has disbursed the funds.

6         9.    US Foods has taken the position that Plaintiff has failed to timely opt out of the

7    *Hawkins* settlement, and therefore, Plaintiff's class and individual claims must be dismissed.

8    Plaintiff has taken the position that he timely opted out of the *Hawkins* settlement and therefore,

9    he is permitted to pursue his individual claims. Plaintiff, however, has agreed to dismiss his class

10   claims in this Action and PAGA representative action claims in his separately filed state court

11   action.

12        10.   In light of the Parties' respective positions, Plaintiff has proposed that the Parties

13   discuss settlement of his individual claims in lieu of briefing a dispositive motion regarding

14   whether Plaintiff has timely opted out of the *Hawkins* settlement. The Parties are currently

15   engaged in settlement discussions.

16        11.   Therefore, the Parties have agreed, subject to approval of the Court, to continue

17   the Scheduling Conference approximately ninety (90) days, to January 5, 2026, or the Court's

18   next available date thereafter to allow the Parties to further discuss potential resolution of

19   Plaintiff's individual claims.

20        **IT IS HEREBY STIPULATED**, by and between Plaintiff and US Foods that the October

21   7, 2025 Scheduling Conference be continued to January 5, 2026 at 9:00 a.m. in Courtroom 8

22   before Magistrate Judge Barbara A. McAuliffe.

23

24

25

26

27

28

STIPULATION AND ~~[PROPOSED]~~ ORDER TO
CONTINUE SCHEDULING CONFERENCE
CASE NO. 1:22-CV-01352-JLT-BAM

1    Dated:  September 29, 2025          ORRICK, HERRINGTON & SUTCLIFFE LLP

2

3
                                        By:  _____/s/ Annie H. Chen_____
4                                              JOSEPH C. LIBURT
                                               KATIE E. BRISCOE
5                                              ANNIE H. CHEN
                                               LAUREN LEIBOVITCH
6                                              Attorneys for Defendant
                                               US FOODS, INC.
7

8

9    Dated:  September 29, 2025          JAMES HAWKINS APLC

10

11
                                        By:  _____/s/ Anthony L. Draper_____
12                                             JAMES R. HAWKINS
                                               ISANDRA Y. FERNANDEZ
13                                             KACEY E. COOK
                                               ANTHONY L. DRAPER
14                                             LANCE DACRE
                                               Attorneys for Plaintiff
15                                             STEVEN THOMAS ATTEBERY

16

17                              **ECF ATTESTATION**

18          Pursuant to Local Rule 5-4.3.4, the filer of this document, Annie H. Chen, attests that all

19   other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content

20   and have authorized this filing.

21

22

23

24

25

26

27

28

                                                     STIPULATION AND [PROPOSED] ORDER TO
                              - 4 -                   CONTINUE SCHEDULING CONFERENCE
                                                     CASE NO. 1:22-CV-01352-JLT-BAM

1

**ORDER**

2          Plaintiff Steven Thomas Attebery and Defendant US Foods, Inc. (collectively the

3  "Parties"), through their respective counsel, have stipulated to continue the Scheduling

4  Conference.  Based on the Parties' stipulation and good cause appearing, the Scheduling

5  Conference in this action shall be continued until **Wednesday, February 4, 2026 at 9:00 AM** in

6  Courtroom 8.

7

8  IT IS SO ORDERED.

9      Dated:   **September 30, 2025**          /s/ *Barbara A. McAuliffe*

10                                        UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER TO
CONTINUE SCHEDULING CONFERENCE
CASE NO. 1:22-CV-01352-JLT-BAM