UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN THOMAS ATTEBERY on behalf of himself and others similarly situated,

Plaintiff,

v.

US FOODS, INC. d/b/a/ US FOODSERVICE, INC., a Delaware corporation; and DOES 1 through 50, inclusive,

Defendant.

Case No. 1:22-CV-01352-JLT-FJS

ORDER RE: STIPULATION TO CONTINUE NOVEMBER 23, 2026, SCHEDULING CONFERENCE

(ECF No. 45)

Based on the parties' joint stipulation (ECF No. 45) and for good cause appearing, the court HEREBY ORDERS as follows:

(1) The stipulation to continue the scheduling conference (ECF No. 45) is GRANTED; and

(2) The scheduling conference currently set for November 23, 2026, is CONTINUED to February 22, 2027, at 9:30 AM in Courtroom 8 before Magistrate Judge Frank J. Singer; and

(3) The parties shall file a Joint Scheduling Report seven (7) days prior to the conference. The parties shall appear at the conference remotely by telephone. The parties will be provided with the telephonic conference information by the Courtroom Deputy prior to the conference. The conference number and password are confidential and are not to be shared.

IT IS SO ORDERED.

Dated: **November 12, 2026**

UNITED STATES MAGISTRATE JUDGE